01-14-400-CR

Christopher First District court of appeals clerk,

Hello how are you doing? I hope you are doing well and this letter finds you in good health and happy spirits. I Timothy Wayne Fisher am writing you this letter to ask you to please file this motion for extension of time so, that I can file my PDR since the lawyer who did the direct appeal is no longer an attorney. so, I am left trying to do this PDR by myself so, please file this motion for me. Am please let me know if this motion is granted or please. An please let me know what if anything I can do to obtain court appointed councel to help me with the rest of my appeal since my attorney who was appointed to me by the courts is no longer an attorney. Well I know you are a very busy person so Im going to end this letter now but, I hope to hear back from you soon and please file this motion for me. I hope you have a truly blessed day.

Sincerly
Timothy Fisher

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS
OCT 12 2015
CHRISTOPHER A. PRINE
CLERK

TIMOTHY W. FISHER
Vs
THE STATE OF TEXAS

CAUSE NO. 1379925
APPEAL NO. 01-14-00400CB

IN THE DISTRICT
COURT JUDICAL DISTRICT
COURT OF CRIMINAL APPEAL

## MOTION FOR EXTENSION OF TIME

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW TIMOTHY FISHER (DEFENDANT) PRO-SE IN THE ABOVE STYLE NUMBER CAUSE AND STATES:

DEFENDANT IS REQUESTING FOR A TIME OF EXTENSION TO BE ABLE TO FILE PDR BRIEF TO C.C.A. COURT DUE TO HIS LACK OF KNOWLEDGE ALSO BY HIM BEING PRO-SE DUE TO THE FACT HIS LAWYER PROVIDED BY THE STATE THAT FILED HIS DIRECT APPEAL QUIT HIS JOB AN LEFT THE DEFENDANT UNPREPARED FOR ANY FURTHER LEGAL PAPER WORK. AN DUE TO THE FACT THE DEFENDANT IS CURRENTLY PLACED IN TRANSIT-OVERFLOW ON A 24/7 LOCK DOWN AT THE JAMES V. ALLRED UNIT IN TDCJ HE HASN'T BEEN ABLE TO BE PROVIDED WITH ANY LAW LIBRARY TIME TO BE ABLE TO PROPERLY PREPAIR HIS BRIEF AN FOR THOSE REASONS HE'S RESPECTFULY REQUESTING FOR AN EXTENSION OF TIME TO PREPAIR HIS BRIEF.

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

OCT 1 2 2015

CHRISTOPHER A. PRINE
CLERK

RESPECTFULY SUBMITTED

Timothy Fisher
(DEFENDANT)

## ORDER

ON THIS DAY____ OF_____ 20____ CAME TO BE HEARD BY ME THE DEFENDANTS MOTION FOR EXTENSION OF TIME AND IT APPEARS TO THE COURT THE MOTION SHOULD BE GRANTED_____ DENIED_____ AND IT IS SO ORDERED

_____
JUDGE PRESIDING

Timothy Fisher
TDCJ #0192811?
James V. Allred Unit
2101 F.M. 369 N
Iowa Park, Tix. 76367

NORTH TEXAS TX P&DC
DALLAS TX 750
06 OCT 2015 PM 7 L

"MAIL RECEIVED"

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

OCT 1 2 2015

CHRISTOPHER A. PRINE
CLERK

FIRST DISTRICT COURT of APPEAL

DISTRICT CLERCK OFFICE

ATT: Christopher

301 FANNIN ST

HOUSTON, TEXAS 77002-2066